IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 AUG 16 PM 2: 21

CLERK_____
SO. DIST OF GA.

THE UNITED STATES OF AMERICA,       )
                                    )
            Plaintiff,              )
                                    )
       v.                           )  4:17CR197
                                    )
RICHARD P. UNDERWOOD,               )
                                    )
            Defendant.              )

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

SO ORDERED, this 16Th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA